```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NEW YORK YOUNG REPUBLICAN :
CLUB, INC., :
: 1:24-cv-9872-GHW
Plaintiff, :
: NOTICE OF INITIAL
-against- : PRETRIAL CONFERENCE
:
ENFANTS RICHES DÉPRIMÉS, LLC, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      On January 27, 2025, the parties in this case filed a stipulation stating that Defendants have accepted service of process. Dkt. No. 13. The stipulation also contained an agreement by the parties to extend the deadline for Defendants to answer or otherwise respond to the complaint. The parties did not request that the Court take any action with respect to the stipulation. Therefore, the Court is not taking any action with respect to the stipulation at this time.

      However, the Court notes that the parties' stipulation is not effective to extend the deadline for the defendants to answer or otherwise respond to the complaint without Court approval. Any application to extend that deadline should be made in accordance with the Court's Individual Rules of Practice in Civil Cases. The Court observes that no lawyer has entered a notice of appearance for Defendants; the Court does not expect to consider a request that has not been filed by counsel of record for Defendants.

      SO ORDERED.

Dated: January 29, 2025
New York, New York

                                                                                      GREGORY H. WOODS
                                                                     United States District Judge