USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK YOUNG REPUBLICAN
CLUB, INC.,

                             Plaintiff,                     1:24-cv-9872-GHW

         -against-                                    ORDER

ENFANTS RICHES DÉPRIMÉS, LLC, *et al.*,

                             Defendants.
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated December 23, 2024, Dkt. No. 8, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than February 6, 2025. The Court has not received the joint status letter. The parties are directed to comply with the Court's December 23, 2024 order forthwith and in any event no later than February 11, 2025.

      SO ORDERED.

Dated: February 10, 2025
New York, New York

                                                             GREGORY H. WOODS
                                                 United States District Judge